IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WAYNE M. BEATON,

    Plaintiff,

v.                                                CASE NO. 5:11-cv-324-RS-GRJ

JESSICA D. VALVERDE, et al.,

    Defendants.

_____/

## ORDER

Pending before the Court is Plaintiff's Request For Court To Take Judicial Notice For Cause For Extension Of Time, which the Court construes as a motion for an extension of time. (Doc. 5.) Plaintiff, an inmate serving a sentence in the custody of the Florida Department of Corrections, initiated this case by filing a *pro se* complaint on the Court's civil rights complaint form for prisoners in actions under 28 U.S.C. § 1983. (Doc. 1.) The Court recently entered a show cause order giving Plaintiff until October 21, 2011 to explain his failure to disclose previous lawsuits in his complaint. (Doc. 4.) In his motion for extension of time, Plaintiff seeks an additional ten days within which to respond to the Court's show cause order.

Upon due consideration, it is hereby **ORDERED** that:

(1)    Plaintiff's motion for an extension of time (Doc. 5) is **GRANTED.**

(2)    Plaintiff shall show cause in writing **on or before November 4, 2011** as to why this case should not be dismissed for abuse of the judicial process.

(3)    Failure to comply with this order will result in a recommendation to the

district judge that this case be dismissed.

**DONE AND ORDERED** this 25th day of October 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge