IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WAYNE M. BEATON,

    Plaintiff,

vs.                                                                    CASE NO. 5:11-cv-324/RS-GRJ

JESSICA D. VALVERDE, et al.,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 12) and Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. 15). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A for abuse of the judicial process.

3. The dismissal counts a strike pursuant to 28 U.S.C. § 1915(g).

4. The clerk is directed to close the file.

**ORDERED** on January 30, 2012.

                                                      /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**